UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NEAL JAMES ROBICHEAUX** | **DOCKET NO. 20-CV-1611** |
| | **SECTION P** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **STATE OF LOUISIANA, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that the civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** the Motion to Continue, Motion to Direct Appeal, and Motion for Discovery (Rec. Doc. 6) filed by plaintiff on March 19, 2021, be **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 7th day of June, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE